UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA A. EVES,

    Plaintiff,

v.                                          Case No. 1:14-cv-1241
                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**


Dated:  March 25, 2016                  /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge